IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA M. KALEB, | No. C 09-05958 SI |
| Plaintiff, | **ORDER VACATING HEARING; ORDER TO SHOW CAUSE** |
| v. | |
| BANK OF AMERICA HOME LOANS, et al., | |
| Defendants. / | |

On December 21, 2009, plaintiff filed suit in this Court alleging violations of the federal Truth in Lending Act ("TILA"), Real Estate Settlement Procedures Act ("RESPA"), and a number of state law claims. On January 28, 2010, defendants filed a motion to dismiss. Plaintiff has filed a statement of non-opposition to the dismissal of her federal TILA and RESPA claims, but has not made any response to defendants' arguments concerning her remaining state law claims, nor asserted a continuing basis for federal subject matter jurisdiction in this action. Accordingly, the Court hereby orders as follows:

1. The hearing scheduled for March 19, 2010 is hereby VACATED.

2. The parties are directed to show cause in writing, to be filed no later than **March 15, 2010**, why this action should not be dismissed for lack of federal jurisdiction.

3. If plaintiff asserts that there is a continuing basis for federal jurisdiction, her submission in response to this order shall also include a response regarding defendants' arguments in favor of dismissing her remaining claims.

**IT IS SO ORDERED.**

Dated: March 2, 2010

SUSAN ILLSTON
United States District Judge