IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA M. KALEB, | No. C 09-05958 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BANK OF AMERICA HOME LOANS, et al., | |
| Defendants. | |

On March 2, 2010, the Court issued an Order to Show Cause why this action should not be dismissed for lack of federal jurisdiction after plaintiff filed a notice of non-opposition to dismissal of her federal claims. After the Court issued its show cause order, plaintiff filed an amended complaint asserting only state law claims. Both plaintiff and defendants filed responses to the Court's show cause order. In plaintiff's response, she agreed that there is no continued basis for federal jurisdiction and stated that she does not oppose dismissal of this action. Defendants' response asks the Court to rule on the merits of defendants' arguments in favor of dismissing plaintiff's remaining state law claims. However, the Court cannot rule on those claims absent any basis for federal subject matter jurisdiction and under these circumstances declines to exercise supplemental jurisdictions.

. Accordingly, this action is hereby DISMISSED for lack of federal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 16, 2010

SUSAN ILLSTON
United States District Judge